UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. | 2:24-cv-01904-WDK-AJRx |
| Title | Kenneth Davidson v. Juice Stop Inc. et al |
| Date | May 7, 2024 |

PRESENT: **THE HONORABLE WILLIAM D. KELLER, UNITED STATES DISTRICT JUDGE**

Daniel Tamayo
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

The Court, having been notified by a Notice of Settlement [15] that the case settled hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for thirty (30) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

IT IS SO ORDERED.

_____  :  _____
DTA
Initials of Deputy Clerk   _____

cc: